**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAN L. OWENS,<br><br>        Petitioner,<br><br>    vs.<br><br>MIKE McDONALD, WARDEN,<br><br>        Respondent. | CASE NO. ED CV 11-01398 ODW (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of DWAN L. OWENS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 9, 2012

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE